UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:21-cr-60082-JIC

UNITED STATES OF AMERICA

v.

MINDY BREITMAN,

Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around at least November 2017 through in or around at least July 2020, Defendant Mindy Breitman ("Breitman" or the "Defendant") knowingly and willfully conspired and agreed with her co-conspirators, including Rami Tabassi, Emmanuel Silva, Sean Aaronson, and others to commit health care fraud in violation of Title 18, United States Code, Section 1349. At all times during the conspiracy period, Breitman was a resident of Parkland, Florida, in the Southern District of Florida.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee braces, back braces, shoulder braces, and wrist braces (collectively, "braces") that were medically necessary.  "Part C," also known as the Medicare Advantage Program, provided Medicare beneficiaries with the option to receive their Medicare benefits through private managed care plans, including health maintenance organizations

application for KS Medical Solutions, through which she certified that she would comply with all Medicare rules and regulations, and that she would not knowingly submit a false claim or a claim predicated on the payment of kickbacks.

As a result of Breitman's participation in the conspiracy, the DME Companies submitted claims to Medicare Part B and Medicare Part C for braces that were not medically necessary and/or that were otherwise not eligible for reimbursement, and received reimbursement based on those claims, in the following approximate amounts:

| DME Company | Part B Billed | Part B Paid | Part C Billed | Part C Paid |
|---|---|---|---|---|
| KS Medical Solutions | $2,627,150 | $1,336,350 | $334,840 | $165,742 |
| Michelle Medical Solutions | $1,334,497 | $661,680 | 0 | 0 |
| Ultimate Care Medical Supplies | 0 | 0 | $5,956,528 | $1,885,890 |
| Pioneer Home Medical Supply | $4,572,528 | $2,222,817 | $1,519,563 | $891,418 |
| R&M Orthotic | 0 | 0 | $1,738,508 | $548,388 |
| TOTAL | $8,534,175 | $4,220,847 | $9,549,439 | $3,491,438 |
| Total (Part B + Part C) Billed | $18,083,614 | | | |
| Total (Part B + Part C) Paid | $7,712,285 | | | |

Breitman and her co-conspirators diverted the fraudulent proceeds of this criminal activity for their personal use and benefit, the use and benefit of others, and to further the fraud.

3

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DANIEL KAHN, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Date: 5.18.2021       By: _____
                          SARA CLINGAN
                          TRIAL ATTORNEY
                          CRIMINAL DIVISION, FRAUD SECTION

Date: 5/13/2021       By: _____
                          MINDY BREITMAN
                          DEFENDANT

Date: 5/13/2021       By: _____
                          BILL TUNKEY
                          COUNSEL FOR DEFENDANT

4