UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:21-cr-60082-JIC

UNITED STATES OF AMERICA

v.

RAMI TABASSI,

          Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around at least January 2017 through in or around at least July 2020, Defendant Rami Tabassi ("Tabassi" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators, including Mindy Breitman, Emmanuel Silva, Sean Aaronson, and others to commit health care fraud in violation of Title 18, United States Code, Section 1349.  At all times during the conspiracy period, Tabassi was a resident of Parkland, Florida, in the Southern District of Florida.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare programs covering different types of benefits were separated into different program "parts."  "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee braces, back braces, shoulder braces, and wrist braces that were medically necessary.  "Part C," also known as the Medicare Advantage Program, provided Medicare beneficiaries with the option to receive their Medicare benefits through private managed care plans, including health maintenance organizations and preferred provider organizations.  Medicare and Medicare Advantage were "healthcare benefit program[s]," as

defined by Title 18, United States Code, Section 24(b).

Michelle Medical Solutions, Ultimate Care Medical Supplies, Pioneer Home Medical Supply, and R&M Orthotic (collectively, the "DME Companies") were companies incorporated under the laws of Florida, several of which held their principal places of business in the Southern District of Florida. Defendant and his co-conspirator Mindy Breitman operated the DME Companies for the purpose of billing Medicare and Medicare Advantage for, among other things, braces that were not medically necessary and/or not eligible for reimbursement by Medicare.

In particular, through the DME Companies, Tabassi paid bribes and kickbacks to co-conspirators including Emmanuel Silva and Sean Aaronson for the purpose of obtaining signed doctors' orders for braces that were medically unnecessary and/or not eligible for reimbursement by Medicare. Breitman and Tabassi then used the doctors' orders to submit false and fraudulent claims for DME to Medicare.

Tabassi's primary role in the conspiracy included serving as the President of Ultimate Care Medical Supplies and RM Orthotic; conducting "same and similar" checks to determine if the beneficiaries for whom he purchased doctors' orders were eligible for Medicare reimbursement for DME products (i.e., if the beneficiary had received a "same and similar" product within the last five years, rendering the beneficiary ineligible for reimbursement); and selecting the doctors' orders purchased from Emmanuel Silva and Sean Aaronson. In addition, Tabassi signed the Medicare enrollment application for Pioneer Home Medical Supply, through which he certified that he would comply with all Medicare rules and regulations, and that he would not knowingly submit a false claim or a claim predicated on the payment of kickbacks to Medicare.

As a result of Tabassi's participation in the conspiracy, the DME Companies submitted

2

claims to Medicare Part B and Medicare Part C for braces that were not medically necessary and/or that were otherwise not eligible for reimbursement, and received reimbursement based on those claims, in the following approximate amounts:

| DME Company | Part B Billed | Part B Paid | Part C Billed | Part C Paid |
|---|---|---|---|---|
| Michelle Medical Solutions | $1,334,497 | $661,680 | 0 | 0 |
| Ultimate Care Medical Supplies | 0 | 0 | $5,956,528 | $1,885,890 |
| Pioneer Home Medical Supply | $4,572,528 | $2,222,817 | $1,519,563 | $891,418 |
| R&M Orthotic | 0 | 0 | $1,738,508 | $548,388 |
| TOTAL | $5,907,025 | $2,884,497 | $9,214,599 | $3,325,696 |
| Total (Part B + Part C) Billed | $15,121,624 | | | |
| Total (Part B + Part C) Paid | $6,210,193 | | | |

Tabassi and his co-conspirators diverted the fraudulent proceeds of this criminal activity for their personal use and benefit, the use and benefit of others, and to further the fraud.

3

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DANIEL KAHN, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Date: 5/18/2021

By: _____
SARA CLINGAN
TRIAL ATTORNEY
CRIMINAL DIVISION, FRAUD SECTION

Date: 5/18/21

By: _____
RAMI TABASSI
DEFENDANT

Date: 5/18/21

By: _____
JOE NASCIMENTO
COUNSEL FOR DEFENDANT

4